UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

MICHAEL KESELICA

v. CA 07-026 ML

DONALD L. CARCIERI, Governor of Rhode Island, PATRICK LYNCH, Attorney General of Rhode Island, JOHN CORRIGAN, Assistant Attorney General of Rhode Island, TIMOTHY KAINE, Governor of Virginia, and RAYMOND MORROGH, Deputy Commonwealth Attorney for Fairfax County, Virginia.

ORDER

This matter is before the Court on review of a Report and Recommendation issued by Magistrate Judge Hagopian on January 30, 2007. I have reviewed the Report and Recommendation and Plaintiff's Objection, and adopt the Report & Recommendation in its entirety. Plaintiff's Complaint is hereby DISMISSED.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
Chief Judge
February 13 , 2006