# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

MICHAEL KESELICA

v. **C.A. NO: 07-026ML**

**DONALD L. CARCIERI, Governor of RI, PATRICK LYNCH, Attorney General of RI, JOHN CORRIGAN, Assistant Attorney General of RI, TIMOTHY KAINE, Governor of Virginia and RAYMOND MORROGH, Deputy Commonwealth Attorney for Fairfax County, Virginia**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered it's verdict.

[ X ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment is hereby entered for the defendants, Donald L. Carcieri, Patrick Lynch, John Corrigan, Timothy Kaine and Raymond Morrogh, against the Plaintiff, Michael Keselica, per the Order dated February 13, 2007 accepting the Report and Recommendation of Magistrate Judge Hagopian dated January 30, 2007 pursuant to Title 28 U.S.C. § 636(b)(1). The plaintiff's Complaint is hereby is hereby DISMISSED.**

**Enter:**

Barbara Barletta

**Deputy Clerk**

**DATED: February 12, 2007**