UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MICHAEL KESELICA, Plaintiff<br>v.<br>DONALD L. CARCIERI, et al Defendants | CA 07-026ML |

## NOTICE OF APPEAL

COMES NOW Plaintiff, Michael Keselica, pro se and appeals to the U.S. Court of Appeals for the First Circuit from the February 13, 2007 Order of Chief Judge Mary M. Lisi dismissing Plaintiff's Complaint.

Respectfully submitted,

[signature]

Michael Keselica
#131867
P.O. Box 8249
Cranston, RI 02920

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of February, 2007 a copy of the foregoing was mailed postage paid first class to the Office of the Attorney General for Rhode Island, 150 So. Main Street, Providence, Rhode Island 02903.

[signature]

Michael Keselica