UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

COPY

RE: 07-1368 Keselica v. Carcieri (District Court #07-00026)

To Be Filed By: 3/16/07

## MOTION TO PROCEED IN FORMA PAUPERIS

I, Michael Keselica, am the Petitioner-Appellant in the above entitled case. In support of my motion to proceed on appeal without being required to prepay fees, I state that because of my poverty I am unable to prepay the costs of said proceeding or to give security therefor, that I believe I am entitled to redress, and that the issues that I desire to present on appeal are the following:

The Magistrate Judge erred in dismissing Plaintiff's Complaint.

FILED IN CLERKS OFFICE US COURT OF APPEALS FOR THE FIRST CIRCUIT 2007 MAR 13 P 3:01

I make this application with the understanding that I am liable under 28 U.S.C. Sec. 1915 for the full payment of all fees, costs, and sanctions imposed on this appeal; that such charges will be collected and paid from my prison trust account; and that any unpaid fees, costs, or sanctions will constitute a debt not dischargeable in bankruptcy.

I further swear that the responses that I have made on the attached financial affidavit relating to my ability to prepay the cost of prosecuting the appeal are true.

3/3/07
DATE

[signature]
SIGNATURE OF APPLICANT

Michael Keselica
PRINT NAME

**FINANCIAL AFFIDAVIT**
**In Support of a Motion to Proceed In Forma Pauperis**

**Case Name:** Keselica v. Carcieri
**Docket Number:** 07-1368 (District Court #07-00026)

Are you now employed? __ Yes ✓ No __ Self Employed

Name & Address of Employer: NA

IF YES, how much do you earn per month? $ N/A

IF NO, give month & year of last employment 8/06
How much did you earn per month? $ 3200.00

If married, is your spouse employed? __ Yes ✓ No
IF YES, how much does your spouse earn per month $ N/A

If a minor under age 21, what is your parents' or guardian's approximate monthly income? $____

Have you received in the last 12 months any income from a business, profession, or other form of self-employment, or in the form of rent payments, interest, dividend, retirement or annuity payments, or other sources? __ Yes ✓ No
IF YES, give the amount received and indentify sources: Received: ____ Sources: ____

Have you any cash on hand or money in savings or checking account? __ Yes ✓ No If YES, state total amount $____

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing) ? __ Yes ✓ No
If YES, give value and describe: Value: ____ Description: ____

Marital status:
__ Single
__ Married
__ Widowed
✓ Separated or Divorced

Number of Dependents: 0

List persons you actually support & your relationship: 0

Debts & Monthly Bills: (list all cdreditors, including banks, loan companies, charge accounts, etc.)

| Creditors: | Total Debt: | Monthly Payment: |
|---|---|---|
| Apt. or Home: NA | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |

**I certify the above to be correct.**

Signature of movant: [signature] Date: 3/3/07
[Prisoners must attach a Certified Statement of Institutional Trust Account.]

Form 4

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

**RE: 07-1368 Keselica v. Carcieri (District Court #07-00026)**

**To Be Filed By: 3/16/07**

2007 MAR 12 P 3:04
FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

**PRISON LITIGATION REFORM ACT (PLRA) CONSENT FORM:**
CONSENT TO COLLECTION OF FEES FROM INMATE TRUST ACCOUNT

*****************************************************************

I, Michael Keselica, # 131867, hereby give my consent that upon entry of a court order approving my application to proceed without prepayment of fees and setting the amount of the initial partial appellate filing fee, the appropriate prison officials shall collect from my prison account and pay to the appropriate district court an initial payment of twenty percent of the greater of:

(a) the average monthly deposits to my account for the six-month period immediately preceding the filing of my notice of appeal; or

(b) the average monthly balance in my account for the six-month period immediately preceding the filing of my notice period.

In satisfaction of the balance of the filing fee, I consent for the appropriate prison officials to collect from my account, on a monthly basis, an amount equal to twenty percent of the income credited to my account for the preceding month if the balance in the account for that month exceeds $10. The appropriate officer shall forward the interim payment to the Clerk's Office,

U.S. District Court for the District of Rhode Island
314 Federal Building & U.S. Courthouse
Providence, RI 02903

until such time as the filing fee* is paid in full.

Executed on the 3rd day of March, 2007.

[signature]
SIGNATURE OF APPELLANT

Michael Keselica
PRINT NAME

Form 2

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
(617) 748-9057

**RE: 07-1368 Keselica v. Carcieri (District Court #07-00026)**

2007 MAR 12 P 3:04

**To Be Filed By: 3/16/07**

FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

**PRISONER TRUST ACCOUNT REPORT**

Name: Michael Keselica NUMBER: 131867

**************************************************************

TO: Trust Officer
FROM: Clerk, U.S. Court of Appeals for the First Circuit

Under the Prisoner Litigation Reform Act, a prisoner appealing a civil judgment must obtain from the trust officer of each institution in which the prisoner was confined during the preceding six months a **certified copy** of the prisoner's trust account statement for the six months prior to filing of the appeal.

Please complete this form, attach the supporting ledger sheets, and return these documents to the prisoner for mailing to the court in advance of the due date shown at the top of the form.

DATE OF FILING NOTICE OF APPEAL: 2/26/07

BALANCE at time of filing notice of appeal: 10.89

AVERAGE MONTHLY DEPOSITS during the six months prior to filing of the notice of appeal: 202.33

AVERAGE MONTHLY BALANCE during the six months prior to filing of the notice of appeal: 114.24

I certify that the above information accurately states the deposits and balances in applicant's trust account for the period shown. The attached ledger sheets for the six-month period prior to 2/26/07 are true copies of account records maintained in the ordinary course of business.

DATE: 3/5/07

AUTHORIZED SIGNATURE: [signature]

NAME AND TITLE: Susan D. Oleri, Senior accountant

ADDRESS: 51 West Rd
Cranston, RI