07-026
USDC - RI
J. Lisi

# United States Court of Appeals
## For the First Circuit

No. 07-1368

MICHAEL G. KESELICA,

Plaintiff, Appellant,

v.

DONALD L. CARCIERI, ET AL.,

Defendants, Appellees.

**JUDGMENT**

Entered: November 7, 2007

This cause came on to be submitted on the briefs and original record on appeal from the United States District Court for the District of Rhode Island.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is summarily affirmed. See lst Cir. R. 27.0(c).

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY
FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
CMP 12-4-07

By the Court:
Richard Cushing Donovan, Clerk

Julie Gregg
By: Julie Gregg, Operations Manager

[cc: Mr. Keselica, Mr. Lynch, Mr. McDonnell, Mr. Davis.]